UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LIZEN LUO et al., :
: ORDER OF DISCONTINUANCE
                 Plaintiffs, 14 Civ. 9129 (GWG)
:
-v.- 
:
:
KY MANI PEDI INC. et al., :
:
:
                Defendants. :
-----------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    This case settled and the Court approved the settlement for the reasons stated on the record (Docket # 35).

    Accordingly, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party and without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

    Any pending motions are moot. The Clerk is requested to close the case.

    SO ORDERED.

Dated: July 12, 2016
       New York, New York

                                         GABRIEL W. GORENSTEIN
                                         United States Magistrate Judge